US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CAUSE NO. A-11-CR-0083-SS
U.S. v. KURT BRANHAM BARTON

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| | | *DEFENDANT'S EXHIBITS* | | | |
| | | **CRAIG PARKER** | | | |
| D-1 | 06-26-09 | 8227 Broadway, LP  - Agreement of Limited Partnership | | | |
| D-2 | 08-19-09 | 8227 Broadway, LP - Subscription Booklet | | | |
| D-3 | 08-07-06 | Rundberg, LP - Agreement of Limited Partnership | | | |
| D-4 | 12-11-06 | Rundberg, LP - Subscription Booklet ($20,000) | | | |
| D-5 | 08-07-06 | Rundberg, LP  - Agreement of Limited Partnership | | | |
| D-6 | 12-11-06 | Rundberg, LP - Subscription Booklet – ($20,000) | | | |
| D-7 | 08-05-06 | Meister Place, LP - Agreement of Limited Partnership | | | |
| D-8 | 12-11-06 | Meister Place, LP - Subscription Booklet | | | |
| D-9 | 4-2-08 | Meister Place, LP - First Amendment Agreement of Limited Partnership | | | |
| D-10 | 09-16-07 | Triton Athletic Center, LP  - Agreement of Limited Partnership | | | |
| D-11 | 02-9-08 | Triton Athletic Center, LP  - Subscription Booklet | | | |
| D-12 | 03-07-08 | Triton Financial, LLC - Fidelity - Brokerage Account Application | | | |
| D-13 | 12-05-06 | Triton Financial, LLC - Investment Advisory Agreement | | | |

1

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| D-14 | 09-15-09 | Letter from Triton Financial to Craig Parker - 8227 Broadway, LP | | | |
| D-15 | 0 1-02-06 | Letter from Triton Realty to Craig Parker: Meister Place, LP and Rundberg, LP | | | |
| D-16 | 03-28-08 | Letter from Triton Realty to Craig Parker: Limited Partnership Agreements | | | |
| | | **SEAN CONSIDINE** | | | |
| D-17 | 07-15-08 | Triton Acquisition, LP D/B/A Triton Insurance, LP  - Agreement Ltd. Partnership | | | |
| D-18 | 10-22-08 | Triton Acquisition, LP d/b/a Triton Insurance, LP - Subscription Booklet | | | |
| D-19 | 09-16-07 | Triton Athletic Center, LP  - Agreement of Limited Partnership | | | |
| D-20 | 01-28-08 | Triton Athletic Center, LP  - Subscription Booklet | | | |
| D-21 | 10-15-08 | Triton Bridge Fund, LP - Limited Partnership Agreement | | | |
| D-22 | 10/2008 | Triton Bridge Fund, LP - Subscription Documents | | | |
| D-23 | 8-10-08 | Fidelity Inv. – Triton Financial LLC – Brokerage Account Application | | | |
| D-24 | 05-10-08 | Triton Financial, LLC and Considine - Investment Advisory Agreement | | | |
| D-25 | 11-11-08 | Letter from Triton Financial to Sean Considine: Triton Insurance, LP  - Limited Partnership documents | | | |
| D-26 | 02-04-08 | Letter from Triton Realty to Sean Considine:  Triton Athletic Center, LP - Limited Partnership Agreements | | | |
| D-27 | 04-16-09 | Letter from Triton Financial to Sean Considine: Triton Bridge Fund - Limited Partnership documents | | | |
| D-28 | 03-08-10 | SEC v. Triton Financial, LLC - Proof Claim Forms – Sean Considine - $241,302.94 | | | |

2

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|---|---|---|---|---|---|
| | | **ELIAS & CYNTHIA ZACHOS** | | | |
| D-29 | 7-15-08 | Triton Acquisition, LP d/b/a Triton Insurance, LP – Agreement of Ltd. Partnership | | | |
| D-30 | 8-21-09 | Triton Acquisition, LP d/b/a Triton Insurance, LP – Subscription Booklet | | | |
| D-31 | 7-15-08 | Triton Acquisition, LP d/b/a Triton Insurance, LP – Agreement of Ltd. Partnership | | | |
| D-32 | 8-21-09 | Triton Acquisition, LP d/b/a Triton Insurance, LP – Subscription Booklet | | | |
| D-33 | 09-16-07 | Triton Athletic Center, LP  - Agreement of Limited Partnership | | | |
| D-34 | 08-03-09 | Triton Athletic Center, LP - Subscription Booklet | | | |
| D-35 | 9-30-09 | Triton Financial, LLC - Fidelity Investment Advisory Agreement | | | |
| D-36 | 8-3-09 | Triton Financial, LLC - Investment Advisory Agreement | | | |
| D-37 | 11-6-09 | Financial Goal Plan (1) – Elias and Cynthia Zachos | | | |
| D-38 | 09-30-09 | Letter from Triton Financial to Cynthia Zachos: Triton Insurance, LP , Limited Partnership documents | | | |
| D-39 | 09-30-09 | Letter from Triton Financial to Elias Zachos: Triton Insurance, LP-  Limited Partnership documents | | | |
| D-40 | 08-24-09 | Letter from Triton Financial to Elias Zachos:  Triton Insurance, LP -  Limited Partnership documents | | | |
| D-41 | 09-30-09 | Letter from Triton Financial to Zachos: Triton Athletic Center, LP- Additional Investment Purchase | | | |
| D-42 | 08-25-09 | Letter from Triton Financial to Zachos: Triton Athletic Center, LP Limited Partnership documents | | | |
| D-43 | 10-15-09 | Email:  Elias Zachos to Kurt Barton | | | |
| D-44 | 08-31-09 | Investor Proof of Claim Attachments:  ($57,800); ($101,600) and ($102,201.78) | | | |

3

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| | | **TONY CONTADINO** | | | |
| D-45 | 07-15-08 | Triton Acquisition, LP D/B/A Triton Insurance, LP - Agreement of Limited | | | |
| D-46 | 10-27-08 | Triton Acquisition, LP D/B/A Triton Insurance, LP  - Subscription Booklet | | | |
| D-47 | 07-15-08 | Triton Acquisition, LP D/B/A Triton Insurance, LP - Agreement of Limited Partnership - Blake Contadino | | | |
| D-48 | 10-27-08 | Triton Acquisition, LP D/B/A Triton Insurance, LP  - Subscription Booklet -Blake Contadino | | | |
| D-49 | 07-15-08 | Triton Acquisition, LP D/B/A Triton Insurance,LP - Agreement of Limited Partnership  - Linda Contadino | | | |
| D-50 | 10-27-08 | Triton Acquisition, LP D/B/A Triton Insurance, LP  - Subscription Booklet -Linda Contadino | | | |
| D-51 | 07-15-08 | Triton Acquisition, LP D/B/A Triton Insurance, LP  - Agreement of Limited Partnership - Tony Contadino | | | |
| D-52 | 10-27-08 | Triton Acquisition, LP D/B/A Triton Insurance, LP - Subscription Booklet - Tony Contadino | | | |
| D-53 | 09-16-07 | Triton Athletic Center, LP  - Agreement of Limited Partnership | | | |
| D-54 | 07-21-08 | Triton Athletic Center, LP - Subscription Booklet | | | |
| D-55 | 07-15-08 | Triton Acquisition, LP D/B/A Triton Insurance, LP  - Agreement of Limited Partnership - Tony Contadino | | | |
| D-56 | 10-27-08 | Triton Acquisition, LP D/B/A Triton Insurance, LP - Subscription Booklet -Tony Contadino | | | |
| D-57 | 08-14-09 | Promissory Note: $500,000.00 bridge loan to purchase 8227 Broadway, San Antonio | | | |

4

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| D-58 | 10-23-08 | Fidelity – Triton Financial, LLC - Premiere Select IRA Application — Linda Contadino | | | |
| D-59 | 10-23-08 | Fidelity – Triton Financial, LLC - Premiere IRA Application — Tony Contadino | | | |
| D-60 | 10-23-08 | Triton Financial, LLC - Investment Advisory Agreement - Tony Contadino | | | |
| D-61 | 10-23-08 | Triton Financial, LLC - Investment Advisory Agreement - Linda Contadino | | | |
| D-62 | 07-14-08 | Triton Financial, LLC - Investment Advisory Agreement - Tony and Linda | | | |
| D-63 | 10-23-08 | Triton Financial, LLC - Investment Advisory Agreement - Blake Contadino | | | |
| D-64 | 10-23-08 | Triton Financial, LLC - Investment Advisory Agreement - Angela Contadino | | | |
| D-65 | 11-13-08 | Letter from Triton Financial to Angela Contadino — Triton Insurance, LP - Limited Partnership documents | | | |
| D-66 | 11-13-08 | Letter from Triton Financial to Blake Contadino - Triton Insurance, LP - Limited Partnership documents | | | |
| D-67 | 11-13-08 | Letter from Triton Financial to Linda Contadino — Triton Insurance - Limited Partnership documents | | | |
| D-68 | 11-19-08 | Letter from Triton Financial to Tony Contadino: Triton Insurance, LP - Additional Investment Purchase | | | |
| D-69 | 11-17-08 | Letter from Triton Financial to Tony Contadino  — Triton Insurance, LP – Additional Investment documents | | | |
| D-70 | 11-11-08 | Letter from Triton Financial to Tony Contadino – Ltd. Partnership documents | | | |
| D-71 | 07-28-08 | Letter from Triton Realty to Tony Contadino - Triton Athletic Center, LP - Limited Partnership documents | | | |
| D-72 | 11-19-08 | Email from Lauren Grimmitt to Kelly Nienhaus re: Tony Contadino | | | |
| D-73 | 01-26-10 | SEC v. Triton Financial - Proof of Claim Form – Tony Contadino ($920,000) | | | |

5

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| | | **BARBARA MCREYNOLDS** | | | |
| D-74 | 09-16-07 | Triton Athletic Center, LP - Agreement of Limited Partnership | | | |
| D-75 | 06-21-08 | Triton Athletic Center, LP - Subscription Booklet | | | |
| D-76 | 07-15-08 | Triton Acquisition, LP D/B/A Triton Insurance, LP - Agreement of Limited Partnership | | | |
| D-77 | 03-06-09 | Triton Acquisition, LP D/B/A Triton Insurance, LP - Subscription Booklet | | | |
| D-78 | 10-15-08 | Triton Bridge Fund, LP - Limited Partnership Agreement | | | |
| D-79 | 10/2008 | Triton Bridge Fund, LP - Subscription Documents | | | |
| D-80 | 04-06-09 | Triton Opportunity Fund III, LP - Limited Liability Company Agreement | | | |
| D-81 | 2-27-09 | CAPVEST, LLC from McReynolds – Promissory Note ($100,000) | | | |
| D-82 | 2-27-09 | Deed of Trust with Security Agreement – Assignment of Rents – Heries- | | | |
| D-83 | 03-03-09 | Fidelity: Triton Financial LLC - Premiere Select IRA Application | | | |
| D-84 | 03-03-09 | Fidelity: Triton Financial LLC - Brokerage Account Application | | | |
| D-85 | 03-03-09 | Triton Financial, LLC - Investment Advisory Agreement | | | |
| D-86 | 03-05-09 | Letter from Triton Financial to Barbara McReynolds: Promissory Note documents — CapVest, LLC — Heries, LP | | | |
| D-87 | 06-25-08 | Letter from Triton Financial to Robert and Barbara McReynolds: Limited Partnership Agreements — Triton Athletic Center, LP | | | |
| D-88 | 04-09-09 | Letter from Triton Financial to Barbara McReynolds: Executed LP Documents for Your Records | | | |
| D-89 | 3-15-10 | SEC v. Triton Financial – Proof of Claim - $347,024.62 | | | |

6

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| | | **CHRIS WEINKE** | | | |
| D-90 | 9-16-07 | Triton Athletic Center, LP – Agreement of Limited Partnership | | | |
| D-91 | 12-7-07 | Triton Athletic Center, LP – Subscription Booklet | | | |
| D-92 | 9-16-07 | Triton Athletic Center, LP – Agreement of Limited Partnership | | | |
| D-93 | 2-26-08 | Triton Athletic Center, LP – Subscription Booklet | | | |
| D-94 | 04-06-08 | Triton Golf, LP — Agreement of Limited Partnership | | | |
| D-95 | 4-10-08 | Triton Golf, LP — Subscription Booklet | | | |
| D-96 | 12-06-07 | Chris Weinke to CAPvest, LLC -- Secured Promissory Note ($700,000) | | | |
| D-97 | 01-09-09 | Triton Financial - Fidelity Investments — IRA Application | | | |
| D-98 | 02-27-08 | Fidelity Investments — Brokerage Account Application | | | |
| D-99 | 1-30-08 | Triton Financial, LLC - Investment Advisory Agreement | | | |
| D-100 | *Undated* | Triton Financial — Detailed Questionnaire | | | |
| D-101 | 04-21-08 | Letter from Triton Realty to Chris Weinke Re: Triton Golf, LP — Limited Partnership Agreements | | | |
| D-102 | 03-31-10 | SEC v. Triton Financial - Proof Claim Form ($1,074.859) | | | |
| | | **BRIAN & LAURIE SJOLSETH** | | | |
| D-103 | 9-16-07 | Triton Athletic Center, LP — Agreement of Limited Partnership | | | |
| D-104 | 10-11-07 | Triton Athletic Center, LP – Subscription Booklet | | | |
| D-105 | 02-12-07 | Dealerships, LP – Agreement of Limited Partnership | | | |

7

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| D-106 | 03-21-07 | Dealerships, LP – Subscription Booklet | | | |
| D-107 | 03-22-07 | Letter from Triton Realty to Sjolseth – fully executed documents (Rundberg, LP, Howard Lane, LP, Dealerships, LP) | | | |
| D-108 | 02-21-07 | Howard Lane, LP – Agreement of Limited Partnership | | | |
| D-109 | 03-21-07 | Howard Lane, LP – Subscription Booklet | | | |
| D-110 | 08-07-06 | Rundberg, LP – Agreement of Limited Partnership | | | |
| D-111 | 03-20-07 | Rundberg LP – Subscription Booklet | | | |
| D-112 | 09-16-07 | Triton Athletic Center, LP – Agreement of Limited Partnership | | | |
| D-113 | 06-23-08 | Triton Athletic Center, LP – Subscription Booklet | | | |
| D-114 | 09-16-07 | Triton Athletic Center, LP – Agreement of Limited Partnership | | | |
| D-115 | 06-23-08 | Triton Athletic Center, LP – Subscription Booklet | | | |
| D-116 | 10-15-08 | Triton Bridge Fund, LP – Limited Partnership Agreement | | | |
| D-117 | 10-2008 | Triton Bridge Fund, LP – Subscription Document | | | |
| D-118 | 10-30-07 | Triton Center, LP – Agreement of Limited Partnership | | | |
| D-119 | 01-02-08 | Triton Center, LP – Subscription Booklet | | | |
| D-120 | 09-16-07 | Triton Athletic Center, LP – Agreement of Limited Partnership | | | |
| D-121 | 07-09-08 | Triton Athletic Center, LP – Subscription Booklet | | | |
| D-122 | 05-28-08 | Triton Financial - Fidelity Investments - Brokerage Application | | | |
| D-123 | 5-28-08 | Triton – Fidelity Investments – IRA Application | | | |
| D-124 | 04-09-08 | Triton Financial, LLC - Investment Advisory Agreement | | | |
| D-125 | 04-09-08 | Financial Goal Plan | | | |

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|---|---|---|---|---|---|
| D-126 | 11-07-08 | Financial Goal Plan | | | |
| D-127 | 07-14-08 | Letter from Triton Financial to Mr. Sjolseth Re: Triton Athletic Center, LP — Limited Partnership Documents | | | |
| D-128 | 07-24-08 | Letter from Triton Financial to Mrs. Sjolseth Re: Triton Athletic Center, LP — Limited Partnership Documents | | | |
| D-129 | 07-02-08 | Letter from Triton Financial to Mr. and Mrs. Sjolseth Re: Triton Athletic Center, LP — Limited Partnership documents | | | |
| D-130 | 10-12-07 | Letter from Triton Realty to Mr. and Mrs. Sjolseth Re: McNeil Auto, LP — Limited Partnership Agreement | | | |
| D-131 | 03-22-07 | Letter from Triton Realty to Mr. and Mrs. Sjolseth Re: Fully Executed Partnership Agreements | | | |
| D-132 | 11-13-08 | Letter from Triton Financial to Mr. Sjolseth Re: Triton Bridge Fund, LP — Limited Partnership documents | | | |
| D-133 | 03-19-10 | SEC v. Triton Financial – Proof of Claim Form - $292,300 | | | |
| D-134 | 08-15-07 | Palmer Auto, LP – Agreement of Limited Partnership | | | |
| D-135 | 08-15-07 | Palmer Auto, LP – Subscription Booklet | | | |
| D-136 | 07-15-08 | Triton Acquisition, LP D/B/A Triton Insurance, LP – Agreement of Limited Partnership ($89,000) | | | |
| D-137 | 08-13-08 | Triton Acquisition, LP D/B/A Triton Insurance, LP – Subscription Booklet ($89,000) | | | |
| D-138 | 06-23-08 | Triton Athletic Center, LP – Agreement on Limited Partnership | | | |
| D-139 | 06-23-08 | Triton Athletic Center, LP – Subscription Booklet | | | |
| D-140 | 08-13-08 | Triton Acquisition, LP D/B/A Triton Insurance, LP – Agreement of Limited Partnership ($63,300) | | | |

9

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| D-141 | 08-13-08 | Triton Acquisition, LP D/B/A Triton Insurance, LP – Subscription Booklet ($63,300) | | | |
| D-142 | 08-13-08 | Triton Acquisition, LP D/B/A Triton Insurance, LP – Agreement of Limited Partnership ($18,600) | | | |
| D-143 | 08-13-08 | Triton Acquisition, LP D/B/A Triton Insurance, LP – Subscription Booklet ($18,600) | | | |
| | | **ARUNKUMAR AND CHANDRA AMIN** | | | |
| D-144 | 09-16-07 | Triton Athletic Center, LP – Agreement of Limited Partnership | | | |
| D-145 | 01-15-08 | Triton Athletic Center, LP – Subscription Booklet | | | |
| D-146 | 10-30-07 | Triton Center, LP, Limited Partnership Agreement | | | |
| D-147 | 01-15-08 | Triton Center, LP, Subscription Booklet | | | |
| D-148 | 05-15-08 | Fidelity – Triton Financial LLC - Brokerage account application | | | |
| D-149 | 05-15-08 | Triton Financial, LLC - Investment Advisory Agreement | | | |
| | | **NIRAV AND SHIPLA AMIN** | | | |
| D-150 | 09-16-07 | Triton Athletic Center, LP – Agreement of Limited Partnership | | | |
| D-151 | 01-15-08 | Triton Athletic Center, LP – Subscription Booklet | | | |
| D-152 | 07-15-08 | Triton Acquisition, LP d/b/a Triton Insurance, LP – Agreement of Limited Partnership | | | |
| D-153 | 08-29-08 | Triton Acquisition, LP d/b/a Triton Insurance, LP – Subscription Booklet | | | |
| D-154 | 1-20-09 | Summit Park A LP Agreement of Limited Partnership Agreement | | | |
| D-155 | 01-27-09 | Summit Park A, LP – Subscription Booklet – Shipla Amin - | | | |

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| D-156 | 10-30-07 | Triton Center, LP – Agreement of Limited Partnership | | | |
| D-157 | 1-15-08 | Triton Athletic Center, LP – Subscription Booklet | | | |
| D-158 | 9-16-07 | Triton Athletic Center, LP – Agreement of Limited Partnership | | | |
| D-159 | 1-3-08 | Triton Athletic Center, LP – Subscription Booklet | | | |
| D-160 | 03-06-08 | Triton Golf, LP – Agreement of Limited Partnership | | | |
| D-161 | 03-18-08 | Triton Golf, LP – Subscription Agreement | | | |
| D-162 | 07-15-08 | Triton Acquisition, LP d/b/a Triton Insurance, LP – Agreement of Limited Partnership | | | |
| D-163 | 08-29-08 | Triton Acquisition, LP d/b/a Triton Insurance, LP – Subscription Booklet | | | |
| D-164 | 10-30-07 | Triton Center, LP – Agreement of Limited Partnership | | | |
| D-165 | 01-03-08 | Triton Center, LP – Subscription Booklet | | | |
| D-166 | 03-06-08 | Triton Golf, LP – Agreement of Limited Partnership | | | |
| D-167 | 03-13-08 | Triton Golf, LP – Subscription Booklet | | | |
| D-168 | 04-11-08 | Promissory Note - $500,000 – Loan from Nirav Amin and Shilpa Amin to CAPVEST | | | |
| D-169 | 4-15-08 | Deed of Trust – CVA, LP | | | |
| D-170 | 2-25-09 | Triton Financial to Amin regarding Heries | | | |
| D-171 | 02-02-09 | Promissory Note - $1,000,000 – Loan from Nirav Amin and Shilpa Amin to CAPVEST | | | |
| D-172 | 2-2-09 | Deed of Trust – Heries LP | | | |
| D-173 | 10-15-08 | Triton Bridge Fund, LP – Limited Partnership Agreement | | | |

11

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| D-174 | 10-2008 | Triton Bridge Fund, LP – Subscription Documents | | | |
| D-175 | 05-08-08 | Triton Financial – Brokerage Account Application | | | |
| D-176 | 05-15-08 | Triton Financial, LLC - Investment Advisory Agreement | | | |
| D-177 | 01-09-09 | Letter from Triton Financial to Nirav Amin – re Capvest | | | |
| D-178 | 08-29-08 | Letter from Triton Financial to Nirav Amin – Triton Insurance LP | | | |
| D-179 | 01-28-08 | Letter from Triton Realty to Shilpa Amin – Triton Center, LP | | | |
| D-180 | 3-18-08 | Letter Triton Golf – Shilpa | | | |
| D-181 | 08-29-08 | Letter from Triton Financial to Shilpa Amin – Triton Insurance, LP | | | |
| D-182 | 01-09-09 | Letter from Triton Financial to Shilpa Amin – CAPVEST | | | |
| D-183 | 03-18-08 | Letter from Triton Realty to Nirav Amin – Triton Golf, LP | | | |
| D-184 | 01-09-09 | Letter from Triton Financial to Shilpa Amin - CAPVEST | | | |
| D-185 | 01-09-09 | Letter from Triton Financial to Nirav Amin - CAPVEST | | | |
| D-186 | 12-2-08 | Letter from Triton Financial to Shilpa Amin – Triton Bridge Fund | | | |
| D-187 | 11-11-08 | Letter from Triton Financial to Nirav Amin – Triton Bridge Fund, LP | | | |
| D-188 | 1-29-10 | Letter from Nirav Amin – Steven Harr | | | |
| D-189 | 1-29-09 | Proof of Claim – Triton Financial | | | |
| | | **DAVID AKERS** | | | |
| D-190 | 10-15-08 | Triton Bridge Fund, LP – Limited Partnership Agreement | | | |
| D-191 | 11-19-08 | Triton Bridge Fund, LP – Subscription Documents ($1,023,100) | | | |
| D-192 | 04-01-06 | Boyce Lane, LP – Agreement of Limited Partnership | | | |

12

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| D-193 | 12-27-07 | Boyce Lane, LP – Subscription Booklet | | | |
| D-194 | 04-15-06 | Periscope Group, LP – Agreement of Limited Partnership | | | |
| D-195 | 08-22-07 | Periscope Group, LP – Subscription Booklet | | | |
| D-196 | 08-07-06 | Rundberg, LP – Agreement of Limited Partnership | | | |
| D-197 | 10-10-06 | Rundberg, LP – Subscription Booklet | | | |
| D-198 | 09-16-07 | Triton Athletic Center, LP – Agreement of Limited Partnership | | | |
| D-199 | 04-02-08 | Triton Athletic Center, LP – Subscription Booklet | | | |
| D-200 | 10-15-08 | Triton Bridge Fund, LP – Limited Partnership Agreement | | | |
| D-201 | 11-18-08 | Triton Bridge Fund, LP – Subscription Documents ($228,781) | | | |
| D-202 | 02-21-07 | Howard Lane, LP – Agreement of Limited Partnership | | | |
| D-203 | 06-04-07 | Howard Lane, LP – Subscription Booklet | | | |
| D-204 | 06-26-09 | 8227 Broadway, LP – Agreement of Limited Partnership | | | |
| D-205 | 06-30-09 | 8227 Broadway, LP – Subscription Booklet | | | |
| D-206 | 10-09-08 | Fidelity Investments – Joint Brokerage Account Application | | | |
| D-207 | 03-27-08 | Fidelity Investments – Brokerage Account Application | | | |
| D-208 | 05-12-08 | Investment Advisory Agreement | | | |

13

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| D-209 | 11-24-08 | Financial Goal Plan | | | |
| D-210 | 3-6-08 | Triton Golf, LP – Agreement of Limited Partnership | | | |
| D-211 | 4-1-08 | Triton Golf, LP – Subscription Booklet | | | |
| D-212 | 7-15-08 | Triton Acquisition, LP d/b/a Triton Insurance – Agreement of Ltd. Partnership | | | |
| D-213 | 1-15-09 | Triton Acquisition, LP - Subscription Booklet | | | |
| D-214 | 10-30-07 | Triton Center, LP – Agreement of Limited Partnership | | | |
| D-215 | 3-20-07 | Triton Center, LP - Subscription Booklet | | | |
| D-216 | 07-07-09 | Letter from Triton Financial to David and Erika Akers Re: Limited Partnership documents | | | |
| D-217 | 07-24-07 | Letter from Triton Realty to Mr. Akers Re: Subscription Agreement | | | |
| D-218 | 07-08-07 | Letter from Triton Realty to Mr. Akers Re: Limited Partnership Agreements – Howard Lane | | | |
| D-219 | 10-09-08 | Letter from Triton Financial to David Akers Re: Fidelity Transfer Paperwork | | | |
| D-220 | 01-19-09 | Letter from Triton Financial to Mr. Akers Re: Limited Partnership documents | | | |
| D-221 | 04-02-08 | Letter from Triton Realty to Mr. Akers Re: Limited Partnership Agreements | | | |
| D-222 | 10-10-06 | Letter from Triton Realty to Mr. Akers Re: Copies of Executed Agreements | | | |

14

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| D-223 | 12-27-07 | Letter from Triton Realty to Mr. Akers Re: Limited Partnership Agreement | | | |
| D-224 | 11-26-08 | Letter from Triton Financial to Mr. Akers Re: Limited Partnership documents | | | |
| D-225 | 01-09-09 | Letter from Triton Financial to Mr. and Mrs. Akers Re: Additional Investment Purchase | | | |
| D-226 | 02-25-09 | Letter from Triton Financial to David Akers Re: Additional Investment Purchase | | | |
| D-227 | 02-27-10 | Proof of Claim Form ($3,710,914.71 net loss) with Investor proof of Attachments | | | |
| D-228 | 4-2-08 | Letter from Triton Realty – regarding limited partnership agreements | | | |
| D-229 | 6-4-09 | Triton Financial – Additional Investment Purchases | | | |
| D-230 | 1-19-09 | Triton Insurance – Additional Documents | | | |
| D-231 | 4-2-08 | Triton Realty – Limited Partnership Agreement | | | |
| | | **RICHARD FINLAYSON** | | | |
| D-232 | 02-21-07 | Howard Lane, LP – Agreement of Limited Partnership | | | |
| D-233 | 07-11-07 | Howard Lane, LP – Subscription Booklet | | | |
| D-234 | 04-15-06 | Periscope Group, LP – Agreement of Limited Partnership | | | |
| D-235 | 10-24-06 | Periscope Group, LP – Subscription Booklet | | | |

15

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| D-236 | 09-16-07 | Triton Athletic Center, LP – Agreement of Limited Partnership | | | |
| D-237 | 04-02-09 | Triton Athletic Center, LP – Subscription Booklet | | | |
| D-238 | 06-29-07 | 1031 Exchange for Howard Lane- First American Exchange Co. | | | |
| D-239 | 01-16-07 | Secured Promissory Note ($170,000) CAPVEST, LLC | | | |
| D-240 | 04-09-08 | Triton Financial - Fidelity Investments – Brokerage Account Application | | | |
| D-241 | 04-14-08 | Triton Financial -Investment Advisory Agreement | | | |
| D-242 | 04-13-06 | Financial Goal Plan | | | |
| D-243 | 10-04-06 | Financial Goal Plan | | | |
| D-244 | 04-22-09 | Letter from Triton Financial to Richard Finlayson Re: Limited Partnership documents | | | |
| D-245 | 04-22-09 | Letter from Triton Financial to Richard Finlayson Re: Additional Investment Purchase | | | |
| D-246 | 12-11-06 | Letter from Triton Realty to Mr. Finlayson Re: Fully-Executed Partnership Agreements | | | |
| D-247 | 04-16-08 | Letter from Triton Realty to Mr. Finlayson Re: Limited Partnership Agreements | | | |
| | | **AARON FRANCISCO** | | | |
| D-248 | 09-16-07 | Triton Athletic Center, LP – Agreement of Limited Partnership | | | |

16

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| D-249 | 04-06-09 | Triton Athletic Center, LP – Subscription Booklet ($350,000) | | | |
| D-250 | 03-19-09 | Triton Financial - Fidelity Investments – Brokerage Account Application | | | |
| D-251 | 03-19-09 | Triton Financial - Investment Advisory Agreement | | | |
| D-252 | 02-13-09 | Financial Strategies | | | |
| D-253 | 12-19-08 | Financial Goal Plan | | | |
| D-254 | 04-14-09 | Letter from Triton Financial to Aaron Francisco Re: Triton Athletic Center, LP Documents | | | |
| D-255 | 03-12-09 | Letter from Triton Financial to Aaron Francisco Re: Investment Materials | | | |
| D-256 | 03-10-09 | Email correspondence between Lauren Grimmitt and Cody Perry | | | |
| | | **DIANE GORDON** | | | |
| D-257 | 08-05-06 | Meister Place, LP – Agreement of Limited Partnership | | | |
| D-258 | 04-02-08 | First Amendment of Meister/Triton Realty | | | |
| D-259 | 2-2-07 | Meister Place, LP – Subscription Booklet | | | |
| D-260 | 02-07-10 | Triton Financial - Fidelity Investments – Brokerage Account Application | | | |
| D-261 | 12-05-06 | Investment Advisory Agreement | | | |

17

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| D-262 | 02-02-07 | Letter from Triton Realty to Ms. Gordon Re: Fully Executed Partnership Agreements | | | |
| D-263 | 09-01-04 | Expense to be Paid from Proceeds | | | |
| D-264 | Undated | Letter to Veritrust Compliance | | | |
| D-265 | 04-29-04 | Credit Report – Creditors to be Paid | | | |
| D-266 | 01-21-10 | Attachment A – Investor Proofs of Claim Attachments | | | |
| | | **SUE & GUY KNOLLE** | | | |
| D-267 | 09-16-07 | Triton Athletic Center, LP  – Agreement of Limited Partnership | | | |
| D-268 | 10-26-07 | Triton Athletic Center, LP  – Subscription Booklet ($500,000) | | | |
| D-269 | 09-16-07 | Triton Athletic Center, LP  – Agreement of Limited Partnership | | | |
| D-270 | 11-05-07 | Triton Athletic Center, LP  – Subscription Booklet ($899,917.34) | | | |
| D-271 | 12-01-05 | Bratton Lane Commercial Park, LP – Agreement of Limited Partnership (Guy Knolle) | | | |
| D-272 | 03-13-06 | Bratton Lane Commercial Park, LP – Subscription Booklet ($200,000) (Guy Knolle) | | | |
| D-273 | 04-15-06 | Periscope Group, LP – Agreement of Limited Partnership | | | |
| D-274 | 10-20-06 | Periscope Group, LP – Subscription Booklet ($200,000) | | | |

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| **D-275** | 07-15-08 | Triton Acquisition, LP D/B/A Triton Insurance, LP – Agreement of Limited Partnership (Sue Knolle) | | | |
| **D-276** | 01-20-09 | Triton Acquisition, LP D/B/A Triton Insurance, LP – Subscription Booklet ($20,900) (Sue Knolle) | | | |
| **D-277** | 07-15-08 | Triton Acquisition, LP D/B/A Triton Insurance, LP – Agreement of Limited Partnership (IRA) (Sue Knolle) | | | |
| **D-278** | 01-20-09 | Triton Acquisition, LP D/B/A Triton Insurance, LP – Subscription Booklet ($58,708) (Sue Knolle) | | | |
| **D-279** | 07-15-08 | Triton Acquisition, LP D/B/A Triton Insurance, LP – Agreement of Limited Partnership (Guy Knolle) | | | |
| **D-280** | 01-30-09 | Triton Acquisition, LP D/B/A Triton Insurance, LP – Subscription Booklet ($21,700) (Guy Knolle) | | | |
| **D-281** | 07-15-08 | Triton Acquisition, LP D/B/A Triton Insurance, LP – Agreement of Limited Partnership (IRA) (Guy Knolle) | | | |
| **D-282** | 01-30-09 | Triton Acquisition, LP D/B/A Triton Insurance, LP – Subscription Booklet (Guy Knolle) | | | |
| **D-283** | 07-19-07 | The Guadalupe Venue, LP – Agreement of Limited Partnership | | | |
| **D-284** | 10-26-07 | The Guadalupe Venue, LP – Subscription Booklet ($315,000) | | | |

19

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| D-285 | 05-17-07 | Palmer Auto, LP – Agreement of Limited Partnership | | | |
| D-286 | 08-22-07 | Palmer Auto, LP – Subscription Booklet ($100,000) | | | |
| D-287 | 12-01-05 | Bratton Lane Commercial Park, LP – Agreement of Limited Partnership | | | |
| D-288 | Undated | Bratton Lane Commercial Park, LP – Subscription Booklet ($689,500) | | | |
| D-289 | 02-08-08 | Secured Promissory Note ($95,613.73) | | | |
| D-290 | 01-11-08 | Secured Promissory Note ($85,000.00) | | | |
| D-291 | 10-31-07 | Secured Promissory Note (140,000.00) | | | |
| D-292 | 01-10-08 | Secured Promissory Note ($87,500.00) | | | |
| D-293 | 10-31-07 | Secured Promissory Note ($30,000.00) | | | |
| D-294 | 10-11-07 | Secured Promissory Note ($104,751.97) | | | |
| D-295 | 05-31-07 | Secured Promissory Note ($650,00.00) | | | |
| D-296 | Undated | Fidelity Investments – Brokerage Account Application (Guy Knolle) | | | |
| D-297 | Undated | Triton Financial - Fidelity Investments – IRA Application | | | |
| D-298 | 02-25-08 | Triton Financial - Investment Advisory Agreement | | | |

20

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| D-299 | 05-14-09 | Financial Plan Update 10/11/07 | | | |
| D-300 | 10-17-07 | Financial Plan Update 10/11/07 | | | |
| D-301 | *Undated* | Personal Balance Sheet for Financial Plan | | | |
| D-302 | 02-23-09 | Letter from Triton Financial to Mr. Knolle Re: Limited Partnership documents | | | |
| D-303 | 01-23-09 | Letter from Triton Financial to Mrs. Knolle Re: Limited Partnership documents | | | |
| D-304 | 10-11-06 | Letter from Triton Realty to Mrs. Sue Ellen Knolle Re: Partnership Documents | | | |
| D-305 | 10-20-06 | Letter from Triton Realty to Guy and Sue Knolle Re: Fully Executed Partnership Agreements | | | |
| D-306 | 10-30-07 | Letter from Triton Realty to Mrs. Knolle Re: Limited Partnership Agreements | | | |
| D-307 | 01-02-08 | Letter from Triton Realty to Mr. Knolle Re: Limited Partnership Agreement | | | |
| D-308 | 04-01-04 | Veritrust Financial, LLC – Mutual Fund Investment Disclosure | | | |
| D-309 | 04-01-04 | Veritrust Financial, LLC – Variable Products Investment Disclosure | | | |
| D-310 | 01-31-04 | Javelin Partners, LP – Fund's Performance | | | |
| D-311 | 10-18-05 | Investment Values | | | |

21

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| D-312 | 12-08-05 | Investment Values | | | |
| D-313 | 02-08-06 | Investment Values | | | |
| D-314 | Undated | Transaction Details by Accounts – Grant Villa Apartments, LP | | | |
| D-315 | 04-19-10 | History with Triton and Kurt Barton | | | |
| | | **ROBERT & JILL GORELICK** | | | |
| D-316 | 08-07-06 | Rundberg, LP – Agreement of Limited Partnership | | | |
| D-317 | 04-30-07 | Rundberg, LP – Subscription Booklet ($25,000) | | | |
| D-318 | 3-16-07 | Special Warranty Deed – Tenant in Common Agreement – WHATEXIT?, LLC | | | |
| D-319 | 2-9-07 | Special Warranty Deed – Rundberg Business Place, LP to Gorelick | | | |
| D-320 | 4-30-07 | Special Warranty Deed – WHATEXIT?, LLC – Rundberg Business Park | | | |
| D-321 | 09-16-07 | Triton Athletic Center, LP – Agreement of Limited Partnership (Jt. Trust) | | | |
| D-322 | 05-26-09 | Triton Athletic Center, LP – Subscription Booklet ($100,000) (Jt. Trust) | | | |
| D-323 | 09-16-07 | Triton Athletic Center, LP – Agreement of Limited Partnership | | | |
| D-324 | 05-19-09 | Triton Athletic Center, LP – Subscription Booklet ($76,957.27) | | | |

22

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| D-325 | 04-01-06 | Boyce Lane, LP – Agreement of Limited Partnership | | | |
| D-326 | 06-05-09 | Boyce Lane, LP – Subscription Booklet ($50,000) | | | |
| D-327 | 09-16-07 | Triton Athletic Center, LP – Agreement of Limited Partnership | | | |
| D-328 | 05-19-09 | Triton Athletic Center, LP – Subscription Booklet ($76,957.27) | | | |
| D-329 | 09-16-07 | Triton Athletic Center, LP – Agreement of Limited Partnership (Bob) | | | |
| D-330 | 05-20-09 | Triton Athletic Center, LP – Subscription Booklet (Bob) ($76,957.27) | | | |
| D-331 | 08-07-06 | Rundberg, LP – Agreement of Limited Partnership | | | |
| D-332 | 06-05-09 | Rundberg, LP – Subscription Booklet ($25,000) | | | |
| D-333 | 05-20-09 | Exhibit B –Triton Opportunity Fund III, LLC (Gorelick Family Trust & Exhibit C | | | |
| D-334 | 10-15-08 | Triton Bridge Fund, LP – Limited Partnership Agreement | | | |
| D-335 | 05-20-09 | Triton Bridge Fund, LP – Subscription Documents | | | |
| D-336 | 03-06-09 | Promissory Note ($500,000) (Heries, LP) | | | |
| D-337 | 03-04-09 | Grant of Lien - Heries, LP to CAPVEST | | | |
| D-338 | 12-01-08 | Fidelity Investments – Brokerage Account Application (Joint Trust) | | | |

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| D-339 | 06-03-08 | Fidelity Investments – Business Account Application | | | |
| D-340 | 03-10-09 | Fidelity Investments – Brokerage Account Application (Jill Gorelick) | | | |
| D-341 | 05-19-09 | Fidelity Investments – Brokerage Account Application (Robert Gorelick) | | | |
| D-342 | 01-26-09 | AFA Financial Group, LLC – Direct Participation Program Suitability Questionnaire | | | |
| D-343 | 02-13-09 | Investment Advisory Agreement | | | |
| D-344 | 11-19-08 | Financial Goal Plan | | | |
| D-345 | 09-08-09 | Letter from Triton Financial to Robert Gorelick Re: Limited Partnership documents | | | |
| D-346 | 08-25-09 | Letter from Triton Financial to Robert Gorelick and Jill Gorelick Re: Limited Partnership documents | | | |
| D-347 | 06-17-09 | Letter from Triton Financial to Robert Gorelick Re: Limited Partnership documents | | | |
| D-348 | 05-13-09 | Letter from Triton Financial to Mr. and Mrs. Gorelick Re: Missing Information and Limited Partnership Documents | | | |
| D-349 | 05-01-07 | Letter from Triton Realty to Mrs. Gorelick Re: Limited Partnership Agreements | | | |

24

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| D-350 | 02-09-07 | Letter from Triton Realty to Mr. and Mrs. Gorelick Re: Fully-Executed Tenant in Common Agreements | | | |
| D-351 | Undated | Investment Policy Summary | | | |
| D-352 | 09-26-08 | Letter from Jill Gorelick to Kurt Barton Re: Real Estate and Long Term Investments | | | |
| D-353 | 01-30-10 | Proof of Claim Forms | | | |
| | | **TY & KIM DETMER** | | | |
| D-354 | 04-20-08 | Fidelity Investments – Brokerage Account Application | | | |
| D-355 | 02-28-08 | Investment Advisory Agreement | | | |
| D-356 | 08-12-09 | Financial Goal Plan | | | |
| D-357 | 05-25-04 | Letter from Triton Financial to LeAnn McCoy | | | |
| D-358 | 05-11-04 | Veritrust Financial, LLC – Account Registration | | | |
| D-359 | 04-15-06 | Periscope Group, LP – Agreement of Limited Partnership | | | |
| D-360 | 10-12-06 | Periscope Group, LP – Subscription Booklet ($250,0000) | | | |
| D-361 | 12-01-05 | Bratton Lane Commercial Park, LP – Agreement of Limited Partnership | | | |

25

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| D-362 | 04-02-07 | Bratton Lane Commercial Park, LP – Subscription Booklet ($250,000) | | | |
| D-363 | 04-01-06 | Boyce Lane, LP – Agreement of Limited Partnership | | | |
| D-364 | 04-02-07 | Boyce Lane, LP – Subscription Booklet ($260,000) | | | |
| D-365 | 12-01-05 | Georgian Warehouse, LP – Agreement of Limited Partnership | | | |
| D-366 | 12-12-05 | Georgian Warehouse, LP – Subscription Booklet | | | |
| D-367 | 08-07-06 | Rundberg, LP – Agreement of Limited Partnership | | | |
| D-368 | 04-02-07 | Rundberg, LP – Subscription Booklet ($274,000) | | | |
| D-369 | 09-16-07 | Triton Athletic Center, LP – Agreement of Limited Partnership | | | |
| D-370 | 10-10-07 | Triton Athletic Center, LP – Subscription Booklet ($300,000) | | | |
| D-371 | 06-15-06 | Triton Plaza, LP – Agreement of Limited Partnership | | | |
| D-372 | 04-02-07 | Triton Plaza, LP – Subscription Booklet ($150,000) | | | |
| D-373 | 03-29-07 | Secured Promissory Note ($600,000) | | | |
| D-374 | 04-01-10 | SEC v. Triton Financial - Proof of Claim Form | | | |
| | | | | | |

26

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| | | **MISCELLANEOUS** | | | |
| D-375 | Undated | Entity Partnership Checklist | | | |
| D-376 | 08-30-07 | Rodney Forsett – Promissory Note ($10,000) | | | |
| D-377 | 11-07-07 | Tony Hills – Promissory Note ($5,000) | | | |
| D-378 | 01-30-09 | Kris Barton – Promissory Note ($25,000) | | | |
| D-379 | 06-25-09 | Triton Group Entities | | | |
| D-380 | 2009 | Triton Financial Revenue Roll Up Projection Fiscal 2009 | | | |
| D-381 | Undated | Axis Capital, Inc. – Request for Funding | | | |
| D-382 | Undated | William P. Tedrow – Resume | | | |
| D-383 | 06/2008 – 01/2009 | Investment Committee Meeting Minutes | | | |
| D-384 | Undated | Letter from Pat Tedrow to Kurt Barton and Gordon Glade Re: Horseshoe Group | | | |
| D-385 | Undated | Letter from Pat Tedrow to Mike Samoose (TNT Ventures LLV) | | | |
| D-386 | Undated | Tedrow and Findlayson – Axis New Book – Investment Summary | | | |

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| D-387 | 12-06-08 | Triton Financial, LLC – Balance Sheet | | | |
| D-388 | 7/09 | Triton Financial, LLC – Balance Sheet With Period Change | | | |
| D-389 | 7/09 | Triton Financial, LLC – Balance Sheet Accrual | | | |
| D-390 | 12-31-06 to 12-31-07 | Triton Balance Sheet - Demaglio | | | |
| D-391 | 01-19-09 | Grant Villa Apartments, LP – Profit and Loss (Jan. – Dec. 2008) | | | |
| D-392 | 05-31-08 | Triton Financial, LLC – Unaudited Balance Sheet | | | |
| D-393 | 05-11-09 | David Tuckfield – Handwritten Notes | | | |
| D-394 | 04-29-08 | Letter from Mick & Associates, PC to Mr. Alan Shorr Re: Triton Realty, LLC Updated Sponsor and Program-Level Due Diligence Opinion | | | |
| D-395 | 08-02-08 | Lakeway Oil & Lube – Promissory Note ($1,025,000) and Deed of Trust | | | |
| D-396 | 12-19-07 | Letter from Vance Powell to Mr. Janero Re: Lakeway Oil & Lube Appraisal | | | |
| D-397 | 03-31-09 | Letter from Kurt Barton to All Employees Re: Cost Cutting Initiatives | | | |
| D-398 | *Undated* | Properties' Performance Information | | | |
| D-399 | *Undated* | Verification of Rents Paid and Performance Analysis | | | |

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| D-400 | 7-9-07 | Promissory Note $5,000 – Anthony Hills to CAPVEST | | | |
| D-401 | 7-9-07 | Promissory Note - $5,000 – Jonathan Scott to CAPVEST | | | |
| D-402 | | Aerial View – Georgian Warehouse LP | | | |
| D-403 | | Street View – Geo W. LP | | | |
| D-404 | | Street View – Grant Villa, LP | | | |
| D-405 | | Aerial View Grant Villa, LP | | | |
| D-406 | | Street View North Side Middle Fiskville, LP | | | |
| D-407 | | Street View Side Side Middle Fiskville, LP | | | |
| D-408 | | Street View Triton Plaza, LP | | | |
| D-409 | | Aerial View Triton Plaza, LP | | | |
| D-410 | | Street View Triton Center, LP | | | |
| D-411 | | Aerial View Triton Center, LP | | | |
| D-412 | | Street View Giddings Dealerships, LP | | | |

29

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| D-413 | | Street View (2) Giddings Dealerships, LP | | | |
| D-414 | | Street View Hubbard Dealerships, LP | | | |
| D-415 | | Street View (2) Hubbard Dealerships, LP | | | |
| D-416 | | Aerial View Howard Lane, LP | | | |
| D-417 | | Street View Howard Lane, LP | | | |
| D-418 | | Aerial View – Triton Athletic Center, LP | | | |
| D-419 | | Aerial View – Boyce Lane, LP | | | |
| D-420 | | Aerial View – Rundberg, LP | | | |
| D-421 | | Aerial View – Auto Dealership Rundberg, LP | | | |
| D-422 | | Aerial View (2) Auto Dealership Rundberg, LP | | | |
| D-423 | | Aerial View – Hidden Springs, LP | | | |
| D-424 | | Street View – Palmer Auto, LP | | | |
| D-425 | | Street View - (2) Palmer Auto, LP | | | |

30

| EX # | DATE | DESCRIPTION | OFF | OBJ | ADM |
|------|------|-------------|-----|-----|-----|
| D-426 | | Aerial View -- Palmer Auto, LP | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

31

Respectfully submitted,

MINTON, BURTON, FOSTER & COLLINS
A Professional Corporation
1100 Guadalupe
Austin, Texas  78701
Phone No. 512/476-4873
Facsimile No. 512/479-8315


By:  /s/ Rip Collins
    RIP COLLINS
    State Bar No. 04626000


SUMPTER & GONZALEZ, L. L.P.
206 E. 9th Street, Suite 1511
Austin, Texas 78701
Phone No. 512/381-9955
Facsimile No. 512/485-3121


By:  /s/David Gonzalez
    David Gonzalez
    State Bar No. 24012711

ATTORNEYS FOR
KURT BRANHAM BARTON

## CERTIFICATE OF SERVICE

    I hereby certify that on the 5th day of August, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Mr. Mark Lane
    Assistant United States Attorney
    816 Congress, Suite 1000
    Austin, Texas 78701

    Ms. Jennifer Freel
    Assistant United States Attorney
    816 Congress, Suite 1000
    Austin, Texas 78701


/s/ Rip Collins
RIP COLLINS