UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | CRIMINAL NO. A-11-CR-083   (SS) |
| | § § | |
| KURT BRANHAM BARTON | § § | |
| **Defendant.** | § | |

GOVERNMENT CASE-IN-CHIEF
POTENTIAL WITNESS LIST

**A.**   **Triton**

1. Ty Detmer
2. Chris Weinke
3. Lauren Grimmit Shroeder
4. Cody Perry
5. Kelly Neinhaus
6. Pat Tedrow
7. Jeanne Ganley
8. Caleb Cunningham
9. Mike Vint
10. Karen Fenske
11. Richard Finlayson
12. Kim Robinson
13. John DiMeglio
14. Mike Cour
15. David Tuckfield
16. Jeri Rice

**B.**   **Investors**

1. Nirav Amin
2. Diane Gordon
3. Ryan Searle
4. Laurie Sjolseth
5. Brian Yacktman
6. Sean Considine
7. Jill Gorelick
8. Aaron Francisco
9. David Akers
10. Anthony Contadino
11. Rob McReynolds
12. Anthony Parrish

    13.    Sue Ellen Young Knolle
    14.    Guy Knolle
    15.    William Rogers
    16.    Cynthia Gerlach
    17.    Cynthia & Elias Zachos
    18.    John Erik Beguin
    19.    Shilpa Amin

**C.** **Other Trial Witnesses**

| # | Name | Affiliation |
|---|------|-------------|
| 1. | Mike Fernald | IRS-CI |
| 2. | Matt Gravelle | FBI |
| 3. | Stephanie McDonald | TSSB |
| 4. | Tommy Green | TSSB |
| 5. | Rhonda Rogers | TSSB |
| 6. | Jeff Kent | |
| 7. | Lillian Gentry | Gracy Title Rep |
| 8. | Matt Broughton | Sterling Bank |
| 9. | Roy Simone | Wells Fargo Bank |
| 10. | Denny Buchanan | Independent Bank |
| 11. | Pat McElhaney | Everbank Rep |
| 12. | Rawney McVaney | GAF and MFT Funding |
| 13. | Romney Navarro | Streamline Funding |
| 14. | Dennis Zulkowski | Southwest Securities FSB Rep |
| 15. | Gary Walshire | Lone Star BMW/Triumph/Audi |
| 16. | Damon Lusk | Sentient Jets Rep |
| 17. | Kate Ragland | University of Texas |
| 18. | Tom Walsh | E*Trade Rep |
| 19. | John Urban | Watchwarehouse.com |
| 20. | Bob Myers | |
| 21. | Steve Harr | Receiver for Triton Financial et al |
| 22. | Will Kelly | works with Receiver |
| 23. | Suzanne Barton | |
| 24. | Brandy Lyons | |

    Respectfully submitted,

    JOHN E. MURPHY
    UNITED STATES ATTORNEY

By:   /s/ Mark Lane
    Mark Lane
    Assistant United States Attorney
    816 Congress Avenue, Suite 1000
    Austin, Texas  78701

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of August, 2011, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to the following CM/ECF participants:

Rip L. Collins, Jr.
Minton, Burton, Foster & Collins, P.C.
1100 Guadalupe Street
Austin, TX 78701


David M. Gonzalez
Sumpter & Gonzalez, LLP
206 E. 9th Street, Suite 1511
Austin, TX 78701


      /s/ Mark Lane
      Mark Lane
      Assistant United States Attorney
      816 Congress, Suite 1000
      Austin, Texas 78701
      A/C 512 916-5858
      State Bar No. 11879600